No. 88. UNITED STATES *v.* REYNOLDS ET UX. C. A. 6th Cir. Certiorari granted. *Solicitor General Griswold, Acting Assistant Attorney General Taylor, Raymond N. Zagone,* and *Robert S. Lynch* for the United States. *D. Nelson Sutton* for respondents.

No. 104. UNITED STATES *v.* ESTATE OF DONNELLY ET AL. C. A. 6th Cir. Certiorari granted. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph J. Connolly,* and *Crombie J. D. Garrett* for the United States. *Daniel N. Pevos* for respondents Carlson et al.

No. 108. COLONNADE CATERING CORP. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *O. John Rogge* and *Jerome M. Stember* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 231. INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1416, AFL–CIO *v.* ARIADNE SHIPPING CO., LTD., ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari granted. *Louis Waldman* and *Seymour M. Waldman* for petitioner. *Thomas H. Anderson* for respondents.

No. 234. CZOSEK ET AL. *v.* O'MARA ET AL. C. A. 2d Cir. Certiorari granted. *Clarence M. Mulholland* and *Richard R. Lyman* for petitioners. *William B. Mahoney* for O'Mara et al., and *Thomas G. Rickert* for Erie Lackawanna Railroad Co., respondents.